IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01380-WDM-OES

TARA NEWLAND,

      Plaintiff,

v.

STEVINSON TOYOTA EAST, INC.

      Defendant.

_____

## ORDER OF RECUSAL
_____

Pursuant to 28 U.S.C. § 455, the undersigned recuses himself for service in the above captioned matter because a member of his family is a partner in Holland & Hart, attorneys for one or more of the parties, and directs that this case be returned to the Clerk for reassignment by random draw.

DATED at Denver, Colorado, on July 27, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge

PDF FINAL